PROB 35A

**ORDER TERMINATING TERM OF SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE--NOTICE OF DEATH**

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> vs. ) <br> ) <br> **FORREST JUNIOR BUSBY** ) <br> ) | **Docket Number: 1:91CR00172-001 MDC** |

On April 27, 1998, the above-named was sentenced to a term of supervised release for a period of 60 months.  On June 8, 2005, this office was notified by Tulare County Sheriff/Coroner's Office that Forrest Busby was confirmed dead as a result of Cardiopulmonary Arrest on April 15, 2005. (Certificate of Death is contained in the offender's file at the probation office).  It is accordingly recommended that this case be closed.

Respectfully submitted,

/s/ John R. Hatfield

**JOHN R. HATFIELD
Senior United States Probation Officer**

**Reviewed by:**   /s/ Rick C. Louviere
**RICK C. LOUVIERE
Supervising United States Probation Officer**

### ORDER OF COURT

It is ordered that the proceedings in the case be terminated and the case closed.

Dated this   16TH   day of    June             , 20 05    .

/s/ OLIVER W. WANGER
**OLIVER W. WANGER
United States District Judge**

**cc:** Kevin P. Rooney
**Assistant United States Attorney**